HARVEY P. SACKETT (72488)
SACKETT AND HERRERA
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN K. TRAN, | Case No:  5:10-cv-04536 JW |
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner,<br>Social Security Administration, | |
| Defendant. | |

     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (45) days up through and including Monday, April 25, 2011 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by recent staff changes, as well as the number of cases the firm presently has pending before this and other district courts that require briefing.

1

STIPULATION AND ORDER

1
2        MELINDA L. HAAG
         United States Attorney
3
4  Dated: March 7, 2011              /s/
5                                    ELIZABETH FIRER
                                     Special Assistant U.S. Attorney
6
7
8
9  Dated: March 7, 2011              /s/
                                     HARVEY P. SACKETT
10                                   Attorney for Plaintiff
                                     ELIZABETH FIRER
11
12
13 IT IS SO ORDERED.
14
15
16 Dated: March 11, 2011             _____
                                     HON. JAMES WARE
17                                   United States District Chief Judge
18
...
28

                         2
STIPULATION AND ORDER