1  HARVEY P. SACKETT (72488)
2  **SACKETT AND HERRERA**
   A PROFESSIONAL LAW CORP.
3  1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile: (408) 295-7444
6
7  /jgl
8  Attorney for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN JOSE DIVISION
12
13 KEVIN K. TRAN,                    )   No.: C10-04536 JW
                                     )
14        Plaintiff,                 )
                                     )
15                                   )
                                     )
16 v.                                )   STIPULATION AND ORDER FOR
                                     )   DISMISSAL
17                                   )
   MICHAEL J. ASTRUE,                )
18 Commissioner, Social Security     )
   Administration,                   )
19                                   )
                                     )
20        Defendant.                 )
                                     )
21 _____

22     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this
23 matter be dismissed in its entirety without prejudice.  Each party shall bear their own attorney's
24 fees and costs.
25
26
27
28

                                            1
STIPULATION AND ORDER

|   |   |
|---|---|
| 1 | MELINDA L. HAAG |
|   | United States Attorney |

Dated: April 25, 2011        /s/_____
                             ELIZABETH FIRER
                             Special Assistant U.S. Attorney

Dated:  April 25, 2011       /s/_____
                             HARVEY P. SACKETT
                             Attorney for Plaintiff
                             KEVIN K. TRAN

IT IS SO ORDERED.  The Clerk shall close this file.

Dated: _April 29, 2011_____  _____
                             HON. EDWARD J. DAVILA
                             United States District Judge

STIPULATION AND ORDER

2